United States District Court
Southern District of Texas
**ENTERED**
May 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KAREEM BURTON,** *et al*, | § |
| | § |
| **Plaintiffs,** | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-464 |
| | § |
| **JHE LANDSCAPTES, INC.,** | § |
| | § |
| **Defendant.** | § |

## ORDER

Plaintiffs in the above styled and numbered cause of action have filed a Notice of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that this case is dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 9th day of May, 2017.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE